[No. 9469-6-I.   Division One.   December 15, 1982.]

MARGARET COUGHLIN, *Appellant,* v. WILLIAM J. JUSTEN, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for King County, No. 80-2-11506-5, Eugene G. Cushing, J., entered October 17, 1980. *Affirmed* by unpublished opinion per Scholfield, J., concurred in by Callow and Ringold, JJ.

[Nos. 10394-6-I; 10395-4-I.   Division One.   December 15, 1982.]

THE STATE OF WASHINGTON, *Respondent,* v. RICARDO WAYNE POWELL, *Appellant.*

Appeals from judgments of the Superior Court for King County, Nos. 81-1-00624-4, 81-1-00731-3, Peter K. Steere and Francis E. Holman, JJ., entered May 19 and June 1, 1981. *Dismissed* by unpublished per curiam opinion.

[No. 9204-9-I.   Division One.   December 15, 1982.]

ALEXANDER H. HARGIS, ET AL, *Respondents,* v. WILLIAM S. TSAO & COMPANY, P.S., ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for King County, No. 863946, Charles R. Denney, J. Pro Tem., entered August 12, 1980. *Affirmed* by unpublished opinion per Durham, A.C.J., concurred in by Callow and Corbett, JJ.

[No. 9514-5-I.   Division One.   December 15, 1982.]

*In the Matter of the Marriage of* WILLETTA TETZ, *Appellant, and* KENNETH V. TETZ, *Respondent.*

Appeal from a judgment of the Superior Court for King County, No. D-122459, Charles R. Denney, J. Pro Tem., entered October 22, 1980. *Affirmed as modified* by unpublished opinion per Durham, A.C.J., concurred in by Callow and Ringold, JJ.